The Honorable John H. Chun

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, a nonprofit organization,<br><br>Plaintiff,<br><br>v.<br><br>JASON J. TAYLOR, in his official capacity as Superintendent of the North Cascades National Park Service Complex; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; DOUG BURGUM, in his official capacity as Secretary of the United States Department of Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | NO. 2:26-CV-03318-JHC<br><br>DECLARATION OF JONATHAN ROSENBLUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

## DECLARATION OF JONATHAN ROSENBLUM

Pursuant to 28 USC § 1746, and under penalty of perjury, I, Jonathan Rosenblum, declare that the following is true and correct:

1. I am over the age of 18 and competent to testify in this matter. The information in this declaration is based on my personal knowledge.

2. I live at 4212 South Orcas Street, Seattle WA 98118 and we have a family cabin at the very end of Company Creek Road in Stehekin. The cabin was purchased in 1945-46 by Grant



**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600

and Jane McConnell, who were grandparents of my wife, Carolyn. They lived there for several years, Carolyn's mother was born and raised there, and Carolyn spent much of her childhood there as well. When I met Carolyn in 2001, I became acquainted with Stehekin. I have spent a considerable amount of time there in the last 25 years, during all seasons. While we live in Seattle we consider the Stehekin cabin to be our "home."

3. I have been a dues-paying member of North Cascades Conservation Council ("NCCC") for at least 10 years and have been an active volunteer, among other things assisting on communications and organizing projects.

4. NCCC was formed in 1957 to protect the natural environment of the North Cascades.

5. NCCC was instrumental in the creation of the North Cascades National Park Complex.

6. I am familiar with the recent decision of the National Park Service to authorize road building and construction withing the active channel of the Stehekin River and I have read the complaint filed by NCCC challenging that decision.

7. A major flooding event in December 2025 destroyed a portion of Company Creek Road and changed the course of the Stehekin River so that the river now freely flows over the former location of the road. Homeowners upriver from the portion of the destroyed road lost vehicle access, but the National Park Service reconstructed most of the destroyed road and local residents have since created a de facto road across the approximately 200-foot gap between existing road sections that has been used by residents, emergency responders, and the public.

8. Work by Chelan County and contractors on the road in the Stehekin River is expected to begin this week and may have already begun.



Bricklin & Newman, LLP
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600

9. The rushed new plan for putting the road in the Stehekin River would involve an extraordinary amount of alteration to the river and its bed and banks that were not required by the Project as proposed in the spring of 2026.

10. I am an avid fisherman. I fish for trout in the Stehekin River, in many areas but especially in the stretch of the river immediately above and below the proposed construction site and in the stretch that encompasses the construction site itself. Indeed, just last month, in August 2026, I fished in that area. Other people also fish in this stretch of the river as it offers a number of excellent fly-fishing spots. I have definite plans to fish this stretch of the Stehekin River again, unless the proposed road building and construction destroys or impairs the fishing opportunities there.

11. I also enjoy walking along the banks of the stretch of the Stehekin River encompassing the road construction site, observing the wildlife. The annual kokanee salmon spawning in particular is a spectacle. Thousands of red-colored salmon are in the river, including many in the area affected by the road project. There is a particularly active spawning area just yards upriver from the road project, in an area that we and others call "the beach." Hundreds of salmon go there annually to lay eggs. I see from the construction plans that the "beach" would be cut off by the sheet-piling river work, rendering this rich spawning area inaccessible.

12. Oftentimes—especially during kokanee spawning—I will see bald eagles, herons, and other birds nearby in the trees or on the river banks. I also have seen bears in the area, and we know (from a motion activated trail camera that we installed at our cabin) that the area was visited by at least one cougar earlier this year. These and other animals, attracted to the spawning (and then dying) salmon, will eat the kokanee and thereby continue the natural cycle of life in the Stehekin River valley.



Bricklin & Newman, LLP
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600

13. I would like to be able to continue to fish in the river and hike in the area. I would like to be able to continue to observe wildlife as I've described above. As I get older, I would like spend a lot more time with Carolyn at our cabin, even living there year-round. I would like to be able to share this amazingly beautiful place with friends and extended family, and to welcome visitors to the North Cascades National Park to enjoy the area as well.

14. The road project would permanently damage the river by destroying fish habitat. The irreparable damage to fish habitat in this section of the Stehekin River would harm me, personally by impairing my use and enjoyment of the river for angling, wildlife watching, and aesthetic appreciation of nature.

15. I understand that by damming, diverting, and then rechanneling the river, this project would cause downstream changes to the river course and flow, likely causing further damage to natural habitats and to the homes of property owners, including our friends downstream who have told me directly that they are deeply concerned about this project.

16. Our cabin and property are located less than half a mile from the proposed construction site. Therefore, I expect the banks of the river near our own property to be destabilized as a result of this project, including potentially the erosion of part of our own property, or the road to our property, into the Stehekin River.

17. If this project to build a road in the flowing water of the river is constructed, it would forever change the natural, free-flowing condition of the river, which is currently eligible for inclusion into our nation's Wild and Scenic River system.

18. If this project to build a road in the flowing water of the river is constructed, it would immediately and irreparably harm my use and enjoyment of the Stehekin River.



Bricklin & Newman, LLP
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600

19. Throughout 2026, I have advocated to representatives of the National Park Service; Chelan County commissioners and staff; and Washington state elected officials and staff to build the road (thereby reconnecting the disconnected parts of Company Creek Road) where the de facto road exists today, and not in the river. I have done this advocacy through letters, emails, phone conversations, and in public meetings. I have said to officials that building the road in the river will be expensive, complex, and would cause irreparable harm; and that building the road where the de facto road now sits is the practical, sensible choice. I have encouraged my Stehekin neighbors and others to do the same. Many have told me that they also have written letters, and several have spoken up in public forums that I have attended. I am personally disappointed that the National Park Service and the US Department of Interior have announced plans to build the road in the river and thereby cause irreparable harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of September, 2026, in Seattle, Washington.

BY: [signature]

**Jonathan Rosenblum**



**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600