UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, a nonprofit organization,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE et al.,<br><br>Defendants. | CASE NO. 2:26-cv-03318-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) A Motion for Leave to File a Brief as Amicus Curiae has been filed by the organization Stehekin Heritage. *See* Dkt. # 15. Per LCR 7(o)(2), "[a]ny party may file an opposition to a motion for leave to file an amicus brief, concisely stating the reasons for such opposition" by October 13, 2026.

(2) The Clerk is directed to re-note this motion for October 13, 2026.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

Dated this 5th day of October 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk