IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, a nonprofit organization,<br><br>Plaintiff,<br><br>v.<br><br>JASON J. TAYLOR, in his official capacity as Superintendent of the North Cascades National Park Service Complex; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; DOUG BURGUM, in his official capacity as Secretary of the United States Department of Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | NO. 2:26-CV-03318-JHC<br><br>ORDER GRANTING STIPULATION REGARDING AMICUS SUPPLEMENTATION AND EXTENSION OF RESPONSE DEADLINE |

This matter comes before the Court on the Stipulation Regarding Amicus Supplementation and Extension of Response Deadline between Plaintiff North Cascades Conservation Council (NCCC) and proposed amicus curiae Stehekin Heritage (Heritage). Dkt. # 25. The Court has reviewed the stipulate request and finds good cause to grant it.

It is therefore ORDERED:

1. NCCC's deadline to respond to Heritage's Motion for Leave to File a Brief as Amicus Curiae (Dkt. No. 15) is extended from October 13, 2026 to October 19, 2026.
2. The Clerk is directed to re-note Heritage's Motion for Leave to File a Brief as Amicus Curiae (Dkt. No. 15) for October 19, 2026.
3. The temporary restraining order set to expire on October 16, 2026 (Dkt. # 13), is EXTENDED until further order of the Court.

This Order does not decide any motion by Heritage for leave to supplement its proposed amicus brief and does not address the merits of any supplemental materials.

DATED this 13th day of October, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE