UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NORTH CASCADES CONSERVATION COUNCIL, a nonprofit organization,

Plaintiff,

v.

JASON J. TAYLOR, in his official capacity as Superintendent of the North Cascades National Park Service Complex; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; DOUG BURGUM, in his official capacity as Secretary of the United States Department of Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants.

NO. 2:26-CV-03318-JHC

**ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT PROPOSED AMICUS BRIEF**

The Court has considered the motion of proposed amicus curiae Stehekin Heritage for leave to supplement the proposed amicus brief and pending motion for leave filed at Dkt. # 15 (Dkt. # 27), together with the submissions of record. The Court ORDERS:

1. Stehekin Heritage is granted leave to tender the executed declarations and identified exhibits submitted in connection with its motion to supplement for the Court's consideration in conjunction with Dkt. No. 15 and the pending preliminary-injunction proceedings.

2. This Order does not decide the original motion for leave to file an amicus brief

(Dkt. No. 15), confer party or intervenor status upon Stehekin Heritage, or authorize any additional amicus merits briefing or reply.

DATED: October 13, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE