**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

NORTHERN CASCADES CONSERVATION COUNCIL, a non-profit organization,

Plaintiff,

v.

JASON J. TAYLOR, in his official capacity as Superintendent of the North Cascades National Park Service Complex; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants.

Case No. 2:26-cv-03318

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Upon Consideration of Defendants' "assented-to" Motion for Extension of Time (Dkt. # 39), it is hereby **ORDERED** that Defendants' motion is **GRANTED**. It is further **ORDERED** that Defendants' deadline to move to dismiss or alternatively, to file an answer and administrative record is extended to December 2, 2026.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE